**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Edward F. Weinberg and Ilyne R. Weinberg

v.

First Franklin Financial Corp.
Flagship Mortgage Corp.

Case Number:

**FILED**
**JANUARY 30, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PH**   **08 C 663**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Edward F. Weinberg and Ilyne R. Weinberg

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE KEYS**

| | |
|---|---|
| NAME (Type or print) David P. Leibowitz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ David P. Leibowitz | |
| FIRM Leibowitz Law Center | |
| STREET ADDRESS 420 W. Clayton St. | |
| CITY/STATE/ZIP Waukegan, IL 60085 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1612271 | TELEPHONE NUMBER 847-249-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |