## United States District Court for the Northern District of Illinois

Case Number: 08cv663

Assigned/Issued By: j. n.

Judge Name: HOLDERMAN

Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

**Amount Due:**
- [✓] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [ ] Other _____
- [ ] $455.00

Number of Service Copies _____

Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350

Receipt #: 2503212

Date Payment Rec'd: 1-30-08

Fiscal Clerk: J. N.

---

### ISSUANCES

- [✓] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Abstract of Judgment
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets

_____
_____
(Victim, Against and $ Amount)

- [ ] Writ _____
   (Type of Writ)

2 Original and 0 copies on 1-30-08 as to ALL DEFENDANTS
                        (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05