## UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 08C663

PLAINTIFF:
**Edward F. Weinberg, et al.,**

vs.

DEFENDENT:
**First Franklin Financial Corp., et al.,**

For:
Leibowitz Law Center
420 West Clayton Street
Waukegan, IL 60085-4216

Received by Lakeside Investigations, Inc. on the 31st day of January, 2008 at 3:41 pm to be served on **Flagship Mortgage Corp. C/O Nicholas J. Lagattuta, 1515 Woodfield Avenue, #880, Schaumburg, IL 60173**.

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **1st day of February, 2008** at **12:50 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Carolyn Pink** as **Personal Assistant To Mr. Lagattuta** for **Flagship Mortgage Corp.**, at the address of: **1515 Woodfield Avenue, #880, Schaumburg, IL 60173**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 42, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 120, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/09

Robert C. Regalado - Process Server

Subscribed and Sworn to before me on the 1st day of February, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

Lakeside Investigations, Inc.
6351 W. Montrose Ave.
#154
Chicago, IL 60634
(800) 636-1511
Our Job Serial Number: 2008001208

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Edward F. Weinberg
Ilyne R. Weinberg

V.

First Franklin Financial Corp.
Flagship Mortgage Corp.

CASE NUMBER: 08 C

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**08 C 663**

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Flagship Mortgage Corp. C/o Nicholas J. Lagattuta, 1515 Woodfield Ave, #880, Schaumburg, IL 60173.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

January 30, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 2/1/2008 @ 12:50 P.M. |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) ROBERT C. REGALADO | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1515 WOODFIELD AVE, #880 SCHAUMBURG, IL 60173 c/o CAROLYN FINK

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/8/2008      _[signature]_
         Date              Signature of Server

PMB 154
6351 W Montrose Ave
Chicago IL 60634

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.