## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08 C 663
EDWARD F. WEINBERG, ILYNE R. WEINBERG
VS.
FIRST FRANKLIN FINANCIAL CORP. and
FLAGSHIP MORTGAGE CORP.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
FLAGSHIP MORTGAGE CORP.

| |
|---|
| NAME (Type or print)<br>PAIGE M. NEEL |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ PAIGE M. NEEL |
| FIRM<br>CLAUSEN MILLER P.C. |
| STREET ADDRESS<br>10 S. LA SALLE STREET |
| CITY/STATE/ZIP<br>CHICAGO, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6279324 | TELEPHONE NUMBER<br>312.855.1010 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐           APPOINTED COUNSEL ☐