28-9211-00-5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD F. WEINBERG, ILYNE R. WEINBERG, | ) ) ) | |
| Plaintiff(s) | ) ) | No. 08 C 663 |
| v. | ) ) | Judge: HOLDERMAN |
| FIRST FRANKLIN FINANCIAL CORP., FLAGSHIP MORTGAGE CORP., | ) ) ) | Magistrate Judge Keys |
| Defendant(s) | ) | |

## NOTICE OF MOTION

To: David P. Leibowitz, Diane Brazen Gordon, Liebowitz Law Center, 420 W. Clayton St., Waukegan, IL 60085
Thomas Dillon, Timothy Somen, McFadden & Dillon, 120 S. LaSalle, Sutie 1335, Chicago, IL 60603

PLEASE TAKE NOTICE that on the 26th day of February, 2008, at 9:00 A.M., or as soon thereafter as counsel may be heard, we shall appear before Judge James Holderman in Courtroom 2541 in the Courthouse located at 219 South Dearborn Street, Chicago, Illinois, or in his absence, before any judge sitting in his stead, and then and there present Motion for Enlargement of Time, a copy of which is attached hereto and herewith served upon you.

/s/Paige M. Neel
PAIGE M. NEEL
CLAUSEN MILLER P.C.

1169393.1

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

The undersigned hereby certifies that she caused true and correct copies of the following:

1. Notice of Motion

to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record on the 20th day of February, 2008.

/s/Paige M. Neel
Paige M. Neel

JOHN M. HYNES
ARDC # 3125659
PAIGE M. NEEL
ARDC # 6279324
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for Defendant, Flagship Mortgage Corp.

2

1169393.1