```
                 IN THE UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION
```

| | |
|---|---|
| EDWARD F. WEINBERG ) | |
| ILYNE R. WEINBERG ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | Case No. 08 C 663 |
| V. ) | |
| ) | JUDGE HOLDERMAN |
| FIRST FRANKLIN FINANCIAL CORP. ) | |
| FLAGSHIP MORTGAGE CORP. ) | MAGISTRATE JUDGE KEYS |
| ) | |
| DEFENDANTS ) | |

**NOTICE OF MOTION**

To:  David P. Leibowitz, Esq.
     Diane Brazen Gordon, Esq.
     Leibowitz Law Center
     420 W. Clayton Street
     Waukegan, Illinois 60085

**PLEASE TAKE NOTICE** that on March 4, 2008 at 9:00 a.m. we will appear before the Honorable Judge James F. Holderman in Courtroom 2541 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn Street, Chicago, Illinois and we will then and there present the Motion for Extension of Time to File Answer or Otherwise Plead a copy of which is attached enclosed herewith and hereby served upon you.

                                        Respectfully submitted,


                                         s/ Timothy J. Somen, Esq.
                                        One of the attorneys for
                                        defendant, First Franklin
                                        Financial Corp.

Thomas J. Dillon (Ill.ARDC No. 3124223)
Timothy J. Somen (Ill.ARDC No. 6279438)
McFadden & Dillon, P.C.
120 South LaSalle Street
Suite 1335
Chicago, Illinois 60603
(312) 201-8300

```
STATE OF ILLINOIS    )
                     )    SS
COUNTY OF COOK       )
```

The undersigned, an attorney of record, states and certifies that copies of the foregoing Notice of Motion and Motion for Extension of Time to File Answer or Otherwise Plead upon:

    David P. Leibowitz, Esq.
    Diane Brazen Gordon, Esq.
    Leibowitz Law Center
    420 W. Clayton Street
    Waukegan, Illinois 60085

    John Michael Hynes, Esq.
    Paige Moray Neel, Esq.
    Clausen Miller P.C.
    10 S. LaSalle Street
    Suite 1600
    Chicago, Illinois 60603

by ECF as to the Filing Users above-mentioned pursuant Fed.R.Civ.P. 5(b)(2)(D) and (b)(3) and pursuant to Local Rule 5.3(a) of the United States District Court for the Northern District of Illinois and the Court's General Order on Electronic Case Filing on the 20th day of February, 2008.

                                              Respectfully submitted,

                                                s/ Timothy J. Somen, Esq.
                                              One of the attorneys for defendant, First Franklin Financial Corp.

Thomas J. Dillon (Ill.ARDC No. 3124223)
Timothy J. Somen (Ill.ARDC No. 6279438)
McFadden & Dillon, P.C.
120 South LaSalle Street
Suite 1335
Chicago, Illinois 60603
(312) 201-8300