UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Edward F. Weinberg, et al.
                                              Plaintiff,

v.                                                            Case No.: 1:08−cv−00663
                                                             Honorable James F. Holderman

First Franklin Financial Corp., et al.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

      MINUTE entry before Judge James F. Holderman : Defendant Flagship Mortgage Corp.'s motion for extension of time [12] is granted; defendant is given until 3/21/2008 to answer or otherwise plead to the complaint. Defendant First Franklin Financial Corp.'s motion for extension of time to file answer or other responsive pleading [14] is granted; defendant is given until 3/19/2008 to answer or otherwise plead to the complaint. Status hearing set for 3/27/2008 at 9:00 AM. The Clerk is informed that plaintiffs have filed bankruptcy on 1/31/2008, case number 08 B 02246. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.