28-9211-00-5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD F. WEINBERG, ILYNE R. WEINBERG, <br><br>                    Plaintiff(s) <br><br> v. <br><br> FIRST FRANKLIN FINANCIAL CORP., FLAGSHIP MORTGAGE CORP. <br><br>                    Defendant(s) | No. 08 C 663 <br><br> Judge: Holderman <br> Magistrate Judge Keys |

## DEFENDANT FLAGSHIP MORTGAGE CORP.'S
## MOTION TO DISMISS PURSUANT TO 12(B)(6)

Defendant, FLAGSHIP MORTGAGE CORP., by its attorneys, JOHN M. HYNES, PAIGE M. NEEL and CLAUSEN MILLER P.C., moves his Honorable Court for an order dismissing any and all claims made against it in Plaintiffs' Complaint. This Motion to Dismiss is brought pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

In support of this Motion, attached hereto and incorporated herein find a Memorandum of Law in support of Defendant Flagship Mortgage Corp.'s Motion to Dismiss.

BY:  *s/ Paige M. Neel*
PAIGE M. NEEL
CLAUSEN MILLER P.C.

JOHN M. HYNES-ARDC # 3125659
PAIGE M. NEEL-ARDC # 6279324
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for Defendant, Flagship Mortgage Corp.

## NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on the 21st day of March, 2008, the foregoing **Defendant Flagship Mortgage Corp.'s Motion to Dismiss Pursuant to 12(b)(6)** was electronically filed with the Clerk of the Court using CM/ECF system which sent notification of such filing to the parties who are registered participants with the System and hereby certify that copies were mailed to any non-CM/ECF participants:

          /s/*Paige M. Neel*
          Paige M. Neel