28-9211-00-5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD F. WEINBERG, ILYNE R. WEINBERG, | ) ) ) | |
| Plaintiff(s) | ) ) | No. 08 C 663 |
| v. | ) ) | Judge: HOLDERMAN |
| FIRST FRANKLIN FINANCIAL CORP., FLAGSHIP MORTGAGE CORP., | ) ) ) | Magistrate Judge Keys |
| Defendant(s) | ) | |

## NOTICE OF MOTION

To: David P. Leibowitz, Diane Brazen Gordon, Liebowitz Law Center, 420 W. Clayton St., Waukegan, IL 60085
Thomas Dillon, Timothy Somen, McFadden & Dillon, 120 S. LaSalle, Sutie 1335, Chicago, IL 60603

PLEASE TAKE NOTICE that on the **March 27, 2008 at 9:00 A.M.**, or as soon thereafter as counsel may be heard, we shall appear before **Judge James Holderman** in Courtroom 2541 in the Courthouse located at 219 South Dearborn Street, Chicago, Illinois, or in his absence, before any judge sitting in his stead, and then and there present **Motion to Dismiss Pursuant to 12(b)(6)**, a copy of which is attached hereto and herewith served upon you.

/s/Paige M. Neel
PAIGE M. NEEL
CLAUSEN MILLER P.C.

1175186.1

## NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of March, 2008, the foregoing **Notice of Motion** was electronically filed with the Clerk of the Court using CM/ECF system which sent notification of such filing to the parties who are registered participants with the System and hereby certify that copies were mailed to any non-CM/ECF participants:

/s/*Paige M. Neel*
Paige M. Neel

JOHN M. HYNES
ARDC # 3125659
PAIGE M. NEEL
ARDC # 6279324
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for Defendant, Flagship Mortgage Corp.

1175186.1