IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDWARD F. WEINBERG )<br>ILYNE R. WEINBERG )<br>             )<br>         Plaintiffs )<br>             )<br>V.           )<br>             )<br>FIRST FRANKLIN FINANCIAL CORP. )<br>FLAGSHIP MORTGAGE CORP. )<br>             )<br>         Defendants ) | 08 C 663<br><br>Judge:  Holderman<br>Magistrate Judge Keys |

### NOTICE OF FILING

To:   *Thomas J. Dillon, 120 South LaSalle Street, Suite 1335, Chicago, IL 60603-3408.
      *Timothy Joseph Somen, 120 South LaSalle Street, Suite 1335, Chicago, IL 60603-3408.
      *John Michael Hynes, Clausen Miller P.C.. 10 South LaSalle St., Suite 1600, Chicago, IL 60603.
      *Paige Moray Neel, Clausen Miller P.C., 10 South LaSalle St, Suite 1600, Chicago, IL 60603

PLEASE TAKE NOTICE that on April 30, 2008, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, the attached documents: **Plaintiff's Response to Flagship Mortgage Corp's Motion to Dismiss Pursuant to 12(b)(6),** a copy of which is attached hereto.

                              By: /s/ David P. Leibowitz
                                   Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

On April 30, 2008, the undersigned certifies that she caused to be served the above and foregoing notice and attached pleadings upon the above Service List via U.S. Mail, postage pre-paid. Those marked with an * were served via electronic service

                              /s/ Kellie Ojanpera Dame
                              Paralegal

DAVID P. LEIBOWITZ
Attorney I.D. No. 1612271
Leibowitz Law Center
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100