28-9211-00-5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD F. WEINBERG, ILYNE R. WEINBERG, | ) ) ) | |
| Plaintiff(s) | ) ) | No. 08 C 663 |
| v. | ) ) ) | Judge: HOLDERMAN Magistrate Judge Keys |
| FIRST FRANKLIN FINANCIAL CORP., FLAGSHIP MORTGAGE CORP., Defendant(s) | ) ) ) | |

## MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

NOW COMES the Defendant, Flagship Mortgage Corp. by and through their attorneys, CLAUSEN MILLER P.C. and for its Motion to extend time within which to file its answer to plaintiff's Complaint, states as follows:

1. Defendant's Answer to Plaintiff's Complaint at law is due on August 28, 2008.

2. Due to certain obligations, Defendant is unable to submit its answer on this date.

3. Defendant requests an additional two weeks, or until September 11, 2008, to file its Answer to Plaintiff's Complaint.

4. Attorney for Plaintiffs, David Liebowitz, has agreed to this extension.

WHEREFORE, Defendant, Flagship Mortgage Corp., respectfully requests that this Honorable Court grant its Motion and allow it until September 11, 2008 to file its Answer to Plaintiff's Complaint.

/s/ Paige M. Neel
PAIGE M. NEEL
CLAUSEN MILLER P.C.

1201453.1

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

The undersigned hereby certifies that true and correct copies of the following **Defendant, Flagship Mortgage Corp.'s Motion for Extension of Time to Answer Complaint** was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record on August 25, 2008..

/s/*Paige M. Neel*
Paige M. Neel

JOHN M. HYNES
ARDC # 3125659
PAIGE M. NEEL
ARDC # 6279324
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for Defendant, Flagship Mortgage Corp.