# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Edward F. Weinberg, et al.

                                Plaintiff,

v.                                          Case No.: 1:08−cv−00663

                                          Honorable James F. Holderman

First Franklin Financial Corp., et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable James F. Holderman: Defendant Flagship Mortgage Corp.'s motion for extension of time to file answer to complaint [27] is granted; defendant is given until 9/11/2008 to file its answer to plaintiff's complaint. Status hearing date of 9/4/2008 is reset for 9/16/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.